UNPUBLISHED

# UNITED STATES COURT OF APPEALS
### FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
          *Plaintiff-Appellee,*

v.

ANTHONY BONNER, a/k/a Tone,
          *Defendant-Appellant.*

No. 00-4297

Appeal from the United States District Court
for the District of Maryland, at Baltimore.
Catherine C. Blake, District Judge.
(CR-98-424)

Submitted: November 9, 2000

Decided: March 2, 2001

Before WILKINS, WILLIAMS, and TRAXLER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

### COUNSEL

Anton J. S. Keating, Baltimore, Maryland, for Appellant. Lynne A. Battaglia, United States Attorney, Angela R. White, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

---

**OPINION**

PER CURIAM:

Anthony Bonner pled guilty to conspiracy to distribute and possess with intent to distribute cocaine and crack cocaine, in violation of 21 U.S.C.A. § 846 (West 1999). The district court sentenced Bonner to a 122-month prison sentence to be followed by five years of supervised release. Bonner appeals, challenging the calculation of his criminal history category. He asserts that the district court clearly erred in finding that he committed the instant offense while on probation for a state conviction, *see U.S. Sentencing Guidelines Manual* § 4A1.1(d) (1998), and that the instant offense occurred less than two years after his release from confinement. *See* USSG § 4A1.1(e). The Government has moved to dismiss the appeal on the ground that Bonner waived his right to appeal. We grant the Government's motion and dismiss the appeal.

In his plea agreement, Bonner waived the right to appeal any sentence imposed, including any issues that relate to the establishment of the guideline range, reserving only the right to appeal an upward or downward departure. The district court accepted Bonner's guilty plea at a hearing conducted in accordance with Rule 11 of the Federal Rules of Criminal Procedure. We have reviewed Bonner's plea agreement and the Rule 11 colloquy and find that Bonner made a knowing and intelligent waiver of his right to appeal. *United States v. Broughton-Jones*, 71 F.3d 1143, 1146 (4th Cir. 1995) (providing standard).

Accordingly, we grant the Government's motion and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*